GRANTHAM v. R. G. BARRY CORP.

No. 556P97

Case below: 127 N.C.App. 529

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

HILL v. TOWN OF CAPE CARTERET

No. 392P97

Case below: 126 N.C.App. 829

Plaintiff's pro se petition for discretionary review under G.S. 7A-31 of an unpublished opinion of the Court of Appeals, *Hill v. Town of Cape Carteret*, 126 N.C.App. 829, 488 S.E.2d 853 (1997), is allowed for entry of the following order:

Pursuant to *Edwards v. West*, 347 N.C. 351, 492 S.E. 2d 356 (1997) and *Hale v. Afro-American Arts International, Inc.*, 335 N.C. 231, 436 S.E. 2d 588 (1993), the Court of Appeals is directed to hear and determine plaintiff's appeal.

By order of the Court in Conference, this 5th day of March, 1998.

HINEMAN v. HINEMAN

No. 24P98

Case below: 128 N.C.App. 188

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

INGRAM v. INGRAM

No. 52P98

Case below: 128 N.C.App. 331

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.